IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                  **CASE NO.: 4:06-CR-020-SPM**

**KRYSTAL DOZIER,**

     **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing of Defendant, Krystal Dozier" (doc. 114) filed August 2, 2006, in which Defendant requests a 30-day continuance so that she may be sentenced on the same date as her co-defendants.

Finding the request to be reasonable, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion for Continuance (doc. 114) is hereby *granted*.

2.     Sentencing is reset for **Monday, September 25, 2006** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>tenth</u> day of August, 2006.

                       *s/ Stephan P. Mickle*
                       Stephan P. Mickle
                       United States District Judge