IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 4:06-CR-020-SPM

KRYSTAL DOZIER,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing of Defendant, Krystal Dozier" (doc. 130) filed September 11, 2006, in which Defendant requests a continuance to October 16, 2006, the scheduled sentencing date for codefendants Bethel, Minor, and Allen. The Government offers no objection to the granting of the motion.

Finding the request to be reasonable, it is thus

**ORDERED AND ADJUDGED** as follows:

1.    Defendant's Motion for Continuance (doc. 130) is hereby *granted*.

2.    Sentencing is reset for **Monday, October 16, 2006** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>thirteenth</u> day of September, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge