UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO.: 4:06-CR-020-SPM

KRYSTAL DOZIER,

    Defendant.
_____/

## ORDER MODIFYING JUDGMENT AND SENTENCE

**THIS CAUSE** comes before the Court upon the "Defendant Krystal Dozier's Motion to Alter Judgment" (doc. 155) filed February 28, 2007, in which counsel requests that the Court recommend Defendant's participation in a drug treatment program. The Government is unopposed to the granting of the motion. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 155) is hereby *granted*.

2.     The Court recommends that Defendant receive and participate in substance abuse counseling and treatment while incarcerated in the Bureau of Prisons.

**DONE AND ORDERED** this <u>first</u> day of March, 2007.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             United States District Judge