✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Krystal Dozier ) | Case No: 4:06cr20 |
| ) | USM No: 12006-017 |
| Date of Previous Judgment: March 1, 2007 ) | Gary L. Printy |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __48__ months **is reduced to** __38__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

This substantial assistance motion received by the Defendant from the Government resulted in a sentence that was 72% lower than the midpoint of the original guideline range. This new sentence is a 72% reduction from the midpoint of the *amended* guideline range. Furthermore, Defendant's Motion to Appoint Counsel (doc. 183) is hereby ***denied***.

Except as provided above, all provisions of the judgment dated __March 1, 2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 1, 2008

*s/ Stephan P. Mickle*
Judge's signature

Effective Date: _____
(if different from order date)

Stephan P. Mickle
Printed name and title